**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02118-MSK-KLM

KACEM M. ANDALIB,

    Plaintiff,

v.

JBS USA, LLC, d/b/a JBS SWIFT & COMPANY; et al.,

    Defendants.

---

**STATUS REPORT REGARDING SETTLEMENT EFFORTS**

---

Pursuant to the Court's Order [Doc. 24] entered December 18, 2018, Defendants JBS USA, LLC n/k/a JBS USA Food Company d/b/a JBS Swift & Company, Rigo Mendiola, and Anthony Rickoff (collectively "Defendants"), submit this Status Report Regarding Settlement Efforts:[1]

The parties have not engaged in settlement discussions since the filing of the Recommendation of United States Magistrate Judge [Doc. 58] on August 9, 2019, which recommended dismissal of this action with prejudice after the adjudication of Defendants' pending Motions for Attorneys' Fees [Docs. 44 and 49]. Plaintiff did not file any written objections to the Recommendation. At this time, Defendants have no plans to engage in future settlement discussions pending the Court's action on the Magistrate Judge's Recommendation.

---

[1] The Court ordered the parties to submit a joint status report regarding settlement efforts [Doc. 24]. The undersigned counsel for Defendants attempted to confer with Plaintiff's counsel Ms. Dickey by email on October 30 and 31, 2019, and by telephone on October 31, 2019, regarding this status report but as of the time of this filing has received no response from Ms. Dickey.

50843107.1

DATED this 31st day of October, 2019.

                          *s/ Heather Fox Vickles*
                          Heather Fox Vickles
                          Beth Ann Lennon
                          SHERMAN & HOWARD, L.L.C.
                          633 Seventeenth Street, Suite 3000
                          Denver, CO 80202
                          Telephone:  (303) 297-2900
                          Facsimile:   (303) 298-0940
                          Email:  blennon@shermanhoward.com
                                     hvickles@shermanhoward.com

                          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 31st day of October, 2019, I electronically filed the foregoing **STATUS REPORT CONCERNING SETTLEMENT EFFORTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Eudoxie (Dunia) Dickey
Civil Rights & Employment Law Advocates, LLC
2300 Walnut Street, #123
Denver, CO 80203
Email:  CivilRightsAdvocatesLLC@gmail.com

                          *s/ Lynn Zola Howell*

2

50843107.1